UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:22-cr-144

vs.

KINSTON MCGEORGE,                    District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22)

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Kinston McGeorge's guilty plea. Doc. No. 22. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 2 of the indictment currently pending against him and finds him guilty as charged of distribution of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1). *See* Doc. No. 14. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   May 5, 2023                                     s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge