UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 3:22-cr-144

vs.

KINSTON MCGEORGE,             District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) CONTINUING THE SENTENCING INITIALLY SET FOR AUGUST 2, 2023; (2) DIRECTING THE PARTIES FILE A FINAL STATUS REPORT CONCERNING RESTITUTION; (3) DIRECTING U.S. PROBATION TO SUBMIT AN ADDENDUM TO THE PRESENTENCE INVESTIGATION REPORT WITH UPDATED INFORMATION REGARDING RESTITUTION; AND (4) SETTING A STATUS TELECONFERENCE FOR AUGUST 17, 2023 AT 10:00 A.M. (CALL 1-888-278-0296, ENTER ACCESS CODE 2725365 AND SECURITY CODE 123456, AND WAIT FOR THE COURT TO JOIN)**

---

This criminal case comes before the Court following a hearing with the parties on August 2, 2023. Assistant Federal Public Defender Arthur Mullins appeared with Defendant Kinston McGeorge and Assistant United States Attorney Christina Mahy appeared on behalf of the Government. While McGeorge's sentencing was supposed to occur, the Government explained that restitution for each of the victims has not yet been settled.

In order to efficiently handle both McGeorge's sentencing and restitution for the victims, the Court **CONTINUES** McGeorge's sentencing and will reset it once the parties file a final status report concerning restitution. At such time, U.S. Probation shall submit an addendum to the Presentence Investigation Report with updated information regarding restitution.

Finally, the Court **SETS** a status teleconference for **August 17, 2023 at 10:00 A.M.** Counsel shall call 1-888-278-0296, enter access code 2725365 and security code 123456, and wait for the court to join.

**IT IS SO ORDERED.**

  August 3, 2023                                  s/Michael J. Newman          
                                                    Hon. Michael J. Newman
                                                    United States District Judge

cc:    U.S. Probation