IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:22-CR-144 |
| Plaintiff, | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | |
| KINSTON MCGEORGE, | : | |
| Defendant. | : | |

**AGREED ORDER**

This matter comes before this Honorable Court upon the Government's request for restitution on behalf of the various minor victims portrayed in the following series of images:

1. Victim "Fiona" in series "BluesPink1"
2. Victim "Jane" in series "CinderBlockBlue"
3. Victim "Jenny" in series "Jenny"
4. Victim "Raven" in series "Teal&PinkPrincess2"
5. Victim "Chelsea" in series "2crazygurls"
6. Victim "April" in series "Aprilblonde"
7. Victim "Pia" in series "SweetWhiteSugar"
8. Victim "Maureen" in series "Lighthouse1"
9. Victim "Lily" in series "HG1"
10. Victim "Taylor" in series "RedGlassesCry"
11. Victim "Ali" in series "ZooFamily1"
12. Victim "Lily" in series "Vicky"
13. Victim "Maria" in series "BestNecklace"
14. Victim "Sarah" in series "Marineland1"

1

The images of said individuals were unlawfully possessed by defendant **KINSTON MCGEORGE**, in violation of 18 United States Code, Section 2252 (a)(4)(B) and (b)(2).

The United States and the defendant **KINSTON MCGEORGE**, have reached a stipulated agreement pursuant to Title 18, United States Code, Section 2259 which requires the Court to impose restitution for any offense committed under Chapter 110, which applies to the conviction of possession of child pornography. There is no factual dispute between the parties that the defendant **KINSTON MCGEORGE** possessed at least one image of child pornography depicting the above-identified minors in the above-identified series.

The parties further agree and stipulate that the said victims seeking restitution in this case, legally qualify as victims as defined in Section 2259, that is, an individual "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by and between the parties that defendant **KINSTON MCGEORGE**, is deemed liable for a portion of the total harm/losses suffered by the said victims in the above-described series. Accordingly, defendant **KINSTON MCGEORGE** agrees to pay a total of $42,000 as restitution to said victims identified above in the above-described series, in the following specified amounts:

| Victim | Series | Amount | Checks made payable to | Checks mailed to |
|---|---|---|---|---|
| Fiona | BluesPink1 | $3,000 | Marsh Law Firm PLLC in trust for Fiona | Marsh Law Firm PLLC, ATTN: Fiona, PO Box 4668 #65135, New York, NY 10163-4668 |
| Jane | CinderBlockBlue | $3,000 | Marsh Law Firm PLLC in trust for Jane | Marsh Law Firm PLLC, ATTN: Jane, PO Box 4668 #65135, New York, NY 10163-4668 |
| Jenny | Jenny | $3,000 | Marsh Law Firm PLLC in trust for Jenny | Marsh Law Firm PLLC, ATTN: Jenny, PO Box 4668 #65135, New York, NY 10163-4668 |
| Raven | Teal&PinkPrincess2 | $3,000 | Marsh Law Firm PLLC in | Marsh Law Firm PLLC, ATTN: Fiona, PO Box 4668 #65135, |

| | | | | |
|---|---|---|---|---|
| | | | trust for Raven | New York, NY 10163-4668 |
| Chelsea | 2crazygurls | $3,000 | Restore the Child in Trust for Chelsea | Restore the Child, PLLC, 2522 N. Proctor St., Ste. 85, Tacoma, WA 98406 |
| April | Aprilblonde | $3,000 | Restore the Child in Trust for April | Restore the Child, PLLC, 2522 N. Proctor St., Ste. 85, Tacoma, WA 98406 |
| Pia | SweetWhiteSugar | $3,000 | Deborah A. Bianco, in Trust for Pia | P.O. Box 6503, Bellevue, WA 98008 |
| Maureen | Lighthouse1 | $3,000 | Deborah A. Bianco, in Trust for Maureen | P.O. Box 6503, Bellevue, WA 98008 |
| Lily | HG1 | $3,000 | Jones Day in Trust for Lily | Jones Day, Attn: Danielle Kunkel, 500 Grant Street, Suite 4500, Pittsburgh, PA 15219-2514 |
| Taylor | RedGlassesCry | $3,000 | Utah Crime Victims Legal Clinic in Trust for Taylor | Utah Crime Victims Legal Clinic, 404 East 4500 South Ste. B24, Salt Lake City, Utah 84107 |
| Ali | ZooFamily1 | $3,000 | Moore & Van Allen in trust for Ali of ZooFamily1 | Moore & Van Allen PLLC, Attn: Sarah Byrne/049549.1, 100 N. Tryon Street, Suite 4700, Charlotte NC 28202 |
| Lily | Vicky | $3,000 | Carol L. Hepburn in Trust for Lily | PO Box 17718, Seattle, WA 98127 |
| Maria | BestNecklace | $3,000 | Carol L. Hepburn in Trust for Maria | PO Box 17718, Seattle, WA 98127 |
| Sarah | Marineland1 | $3,000 | Carol L. Hepburn in Trust for Sarah | PO Box 17718, Seattle, WA 98127 |

Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall thereafter be distributed to the respective victims through their counsel and/or representative.

The specific payment details will be set forth by the Court in the Judgment and Commitment Order.

3

IT IS SO ORDERED.

_____ 10/24/23
JUDGE MICHAEL J. NEWMAN
UNITED STATES DISTRICT ~~COURT~~ Judge

**REVIEWED AND AGREED TO BY:**

KENNETH L. PARKER
UNITED STATES ATTORNEY


s/ Christina E. Mahy
CHRISTINA MAHY (0092671)
Assistant United States Attorney


_____
KINSTON MCGEORGE
Defendant


_____
1. ARTHUR MULLINS, ESQ.
Counsel for Defendant KINSTON MCGEORGE

4